# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEE HACKETT,<br><br>        Petitioner,<br><br>  v.<br><br>CHRISTOPHER JOHNSON,<br>Parole Officer,<br><br>        Respondent. | CV F 01 5997 REC SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #84]<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on remand from the Ninth Circuit Court of Appeals.

    On July 13, 2005, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DENIED with prejudice and the Clerk of Court be DIRECTED to enter judgment. The Magistrate Judge further recommended that all pending motions be DENIED. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

    On July 28, 2005, Petitioner filed objections to the Findings and Recommendation.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

1  *novo* review of the case.  Having carefully reviewed the entire file and having considered the
2  objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
3  supported by the record and proper analysis, and there is no need to modify the Findings and
4  Recommendations based on the points raised in the objections.
5      Accordingly, IT IS HEREBY ORDERED that:
6      1. The Findings and Recommendation issued July 13, 2005, is ADOPTED IN FULL;
7      2. The Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE;
8      3. All pending motions are DENIED as moot; and
9      4. The Clerk of Court is DIRECTED to enter judgment.
10 IT IS SO ORDERED.
11 **Dated:  August 4, 2005**                    **/s/ Robert E. Coyle**
   668554                                    UNITED STATES DISTRICT JUDGE